UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:18-cv-402-Oc-30PRL

CASEY E. WALSH,

    Plaintiff,
vs.

The CITY OF OCALA, a municipal corporation,
MAYOR REUBEN GUINN, COUNCIL MEMBERS
MARY SUE RICH, JAY MUSLEH, MATTHEW
WARDELL, BRENT MALEVER, JAMES HILTY, and
CHIEF KENNETH GRAHAM, SHERIFF WILLIAM
WOODS, DEPUTY CHIEF MICHAEL BALKEN, and
CAPTAIN LOUIS BIONDI, in their individual capacities alone,

    Defendants.
_____/

**JOINT MOTION OF JOHN M. GREEN, JR., P.A., AND
HILYARD, BOGAN & PALMER, P.A., FOR LEAVE
TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE COUNSEL**

The undersigned, John M. Green, Jr. and Linda L. Winchenbach, on behalf of John M. Green, Jr. P.A., and Bruce R. Bogan on behalf of Hilyard, Bogan & Palmer, P.A., pursuant to Middle District Local Rule 2.03, hereby move the Court for leave for John M. Green, Jr., Linda L. Winchenbach and the law firm of John M. Green, Jr., P.A., to withdraw as counsel of record for the Defendant, Sheriff Billy Woods, individually, and for the firm of Hilyard, Bogan & Palmer, P.A., to be substituted as counsel of record for this Defendant. Pursuant to Middle District Local Rule 2.03, notice of these actions was provided to this Defendant and to opposing counsel on July 15, 2019. A copy of that notice is attached as Exhibit 1. This Defendant has consented to these actions.

| | |
|---|---|
| Date: July 26, 2019. | Date: July 26, 2019 |
| HILYARD, BOGAN & PALMER, P.A. | JOHN M. GREEN, JR., P.A. |
| **/s/ Bruce R. Bogan** | **/s/ John M. Green, Jr.** |
| Bruce R. Bogan | John M. Green, Jr. |
| Florida Bar No. 599565 | Florida Bar No.: 0107993 |
| 105 E. Robinson Street, Suite 201 | 125 NE 1st Avenue, Suite 2 |
| Orlando, Florida 32802 | Ocala, Florida 34470 |
| Telephone: (407) 425-4251 | Telephone: (352) 732-9252 |
| Fax: (407) 841-8431 | Fax: (888) 545-7282 – Toll Free |
| E-Mail: bbogan@hilyardlawfirm.com | E-Mail: jmgjr@mac.com |
| Attorneys for Defendant, Sheriff Billy Woods, individually | Attorneys for Defendant, Sheriff Billy Woods, individually |
| | **/s/ Linda L. Winchenbach** |
| | Florida Bar No. 0749249 |
| | John M. Green, Jr., P.A. |
| | 125 N.E. First Ave., Ste. 2 |
| | Ocala, Florida 34470 |
| | Tel: (352) 732-9252 |
| | Fax: (888) 545-7282 – Toll Free |
| | E-Mail: lwinchenbach@me.com |
| | Attorneys for Defendant, Sheriff Billy Woods, individually |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Joint Motion of John M. Green, Jr., P.A., and Hilyard, Bogan & Palmer, P.A., for Leave to Withdraw as Counsel and to Substitute Counsel was served by E-Mail this 26th day of July, 2019, upon: Bobi J. Frank, The Law Office of Bobi J. Frank, P.A., 2631 NW 41st Street, Suite A-2, Gainesville, Florida 32606; Katherine Gudaitis, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131, Stephanie Pidermann, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; Margaret Hood Mevers, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; Kielan Saborit, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; and L. Edward McClellan, McClellan & Batsel, P.A., 2201 SE 30th Avenue, Suite 201, PO Box 2530, Ocala, Florida 34478.

                                                                                                                            /s/ John M. Green Jr.
                                                          JOHN M. GREEN JR.
Florida Bar No. 0107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
jmgjr@mac.com
Attorneys for Defendant, Sheriff Billy Woods, individually

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:18-cv-402-Oc-30PRL

CASEY E. WALSH,

    Plaintiff,
vs.

The CITY OF OCALA, a municipal corporation,
MAYOR REUBEN GUINN, COUNCIL MEMBERS
MARY SUE RICH, JAY MUSLEH, MATTHEW
WARDELL, BRENT MALEVER, JAMES HILTY, and
CHIEF KENNETH GRAHAM, SHERIFF WILLIAM
WOODS, DEPUTY CHIEF MICHAEL BALKEN, and
CAPTAIN LOUIS BIONDI, in their individual capacities alone,

    Defendants.
_____/

**JOHN M. GREEN, JR., P.A.'S NOTICE OF INTENT TO
WITHDRAW AS COUNSEL AND TO SUBSTITUTE COUNSEL**

The undersigned, John M. Green, Jr. and Linda L. Winchenbach, on behalf of John M. Green, Jr. P.A., hereby give notice of the firm's intent to withdraw as counsel of record for the Defendant, Sheriff Billy Woods.  Pursuant to Middle District Local Rule 2.03, this notice is being provided to the firm's clients in this matter and to Bobi J. Frank, opposing counsel.  It is also being provided as a courtesy to Katherine Gudaitis, Stephanie Pidermann, Margaret Hood Mevers, Kielan Saborit, Attorneys for Defendants, City of Ocala, Mayor Reuben Guinn and all Council Members; and to L. Edward McClellan, Attorney for Defendant, Chief Kenneth Graham.

# Exhibit 1

1

The firm of Hilyard, Bogan & Palmer, P.A., 105 E. Robinson Street, Suite 201, Orlando, Florida 32801, will be substituted as counsel for the Defendant, Sheriff Billy Woods in this matter.

Pursuant to the rule, ten days after service of this notice, the undersigned will apply to the Court for an order approving the intended actions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Intent to Withdraw as Counsel and to Substitute Counsel was served by E-Mail this 15th day of July, 2019, upon: Bobi J. Frank, The Law Office of Bobi J. Frank, P.A., 2631 NW 41st Street, Suite A-2, Gainesville, Florida 32606; Katherine Gudaitis, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131, Stephanie Pidermann, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; Margaret Hood Mevers, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; Kielan Saborit, Lydecker Diaz, 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; and L. Edward McClellan, McClellan & Batsel, P.A., 2201 SE 30th Avenue, Suite 201, PO Box 2530, Ocala, Florida 34478.

/s/ John M. Green Jr.
JOHN M. GREEN JR.
Florida Bar No. 0107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
jmgjr@mac.com
Attorneys for Defendant, Sheriff Billy Woods, individually

2

/s/ Linda L. Winchenbach
LINDA L. WINCHENBACH
Florida Bar No. 0749249
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
lwinchenbach@me.com
Attorneys for Defendant, Sheriff Billy Woods,
individually

cc: Defendant, Sheriff Billy Woods (via E-Mail Only)
Hilyard, Bogan & Palmer, P.A. (via electronic transmission to bbogan@hilyardlawfirm.com)