# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CASEY E. WALSH,

    Plaintiff,                                       Case No.: 5:18-CV-00402-JSM-PRL

v.

The CITY OF OCALA, a municipal corporation,
MAYOR REUBEN GUINN, COUNCIL MEMBERS
MARY SUE RICH, JAY MUSLEH, MATTHEW
WARDELL, BRENT MALEVER, JAMES HILTY, and
CHIEF KENNETH GRAHAM, SHERIFF WILLIAM
WOODS, DEPUTY CHIEF MICHAEL BALKEN, and
CAPTAIN LOUIS BIONDI, in their individual capacities alone.

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, CASEY E. WALSH, by and through her undersigned Counsel, and pursuant to Local Rule 3.08(a), hereby notifies the Court that the Parties have reached an amicable agreement to settle the claims asserted in Plaintiff's Complaint against Defendant, CITY OF OCALA (the "City"), pursuant to a settlement agreement dated August 30, 2019 (the "Agreement").

Upon receipt of payment from City to Plaintiff, the Parties will file a stipulation and agreement to entry of an Order of Dismissal with Prejudice as to Plaintiff's complaint against City, with each party to bear its own attorney's fees and court costs except as otherwise provided in the Agreement.

Dated: October 11, 2019.

                                                                                 Respectfully Submitted by,

                                                                                 /s/ *Bobi J. Frank*
                                                                                 Bobi J. Frank, Attorney at Law

        Florida Bar Number: 0108889
        The Law Office of Bobi J. Frank, P.A.
        2631 NW 41st Street, Suite A-2
        Gainesville, FL 32606
        Phone: (352) 639-4117
        Fax: (352) 639-4118
        Email: Bobi@bfranklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Courts via CM/ECF this 11th day of October, 2019, and served by electronic mail on the following attorneys of record:

    Kielan S. Morera, ksm@lydeckerdiaz.com
    Stephanie Pidermann, sp@lydeckerdiaz.com
    Evelyn Valido, ev@lydeckerdiaz.com
    Margaret H. Mevers, mhm@lydeckerdiaz.com
    Dalila Ruiz, dr@lydeckerdiaz.com
    Katherine Gudaitis, kg@lydeckerdiaz.com

        /s/ *Bobi J. Frank*
        Bobi J. Frank, Attorney at Law
        Florida Bar Number: 0108889
        The Law Office of Bobi J. Frank, P.A.
        2631 NW 41st Street, Suite A-2
        Gainesville, FL 32606
        Phone:      (352) 639-4117
        Fax:        (352) 639-4118
        Email: Bobi@bfranklaw.com